# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| BRIAN NEWBURY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DEFENSE INTELLIGENCE )<br>AGENCY, )<br>)<br>and )<br>)<br>DEPARTMENT OF DEFENSE, )<br>)<br>Defendants. )<br>) | Civil Action No. 16-cv-2259 (ESH) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

All parties, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this action with prejudice.

Agreed to this 20th day of April 2017.

| | |
|---|---|
| /s/ Mark S. Zaid<br>Mark S. Zaid, Esq.<br>D.C. Bar #440532<br>Bradley P. Moss, Esq.<br>D.C. Bar #975905<br>Mark S. Zaid, P.C.<br>1250 Connecticut Avenue, N.W.<br>Suite 200<br>Washington, D.C. 20036<br>(202) 454-2809<br>(202) 330-5610 fax<br>Mark@MarkZaid.com<br>Brad@MarkZaid.com<br><br>*Counsel for Plaintiff* | CHAD A. READLER<br>Acting Assistant Attorney General<br><br>ANTHONY J. COPPOLINO<br>Deputy Director, Federal Programs Branch<br><br>/s/ Kevin M. Snell<br>KEVIN M. SNELL<br>Trial Attorney<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>20 Massachusetts Avenue N.W., Room 6108<br>Washington, D.C. 20530<br>Tel.: (202) 305-0924<br>Fax: (202) 616-8460<br>E-mail: Kevin.Snell@usdoj.gov<br><br>*Counsel for Defendants* |